IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEXICAN AMERICAN LEGISLATIVE CAUCUS, *Texas House of Representatives*,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF TEXAS,<br>GREG ABBOTT,<br>*in his official capacity as Governor of the State of Texas*,<br>JOHN SCOTT,<br>*in his official capacity as Secretary of the State of Texas*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:21-CV-988-RP |

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit challenges the constitutionality of the apportionment of the Texas House of Representatives, which is a statewide legislative body; the apportionment of Texas congressional districts; and the apportionment of the Texas State Board of Education. United States District Court Judge Robert Pitman has requested, pursuant to 28 U.S.C. § 2284(b), that a three-judge court be convened. I hereby designate a Circuit Judge and a District Judge to serve with Judge Pitman. This designation is without prejudice to any issue that may be considered concerning jurisdiction over the claims pertaining to the State Board of Education. The members of the three-judge district court convened under 28 U.S.C. § 2284 are:

Judge Jerry E. Smith
Circuit Judge
United States Court of Appeals for the Fifth Circuit

Judge Robert Pitman
United States District Judge
Western District of Texas

Judge Jeffrey V. Brown
United States District Judge
Southern District of Texas

**SIGNED** on November 8, 2021

PRISCILLA R. OWEN
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT